UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>              )<br>        Plaintiff,   )<br>              )<br>    v.        )<br>              )<br>TERRY LOUIS LEMKE,        )<br>              )<br>        Defendant.    ) | INFORMATION  CR09-210 RHK<br>(18 U.S.C. § 1343)<br>(18 U.S.C. § 1957) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Wire Fraud)

1. Beginning no later than June 2006 and continuing into calendar year 2007, within the State and District of Minnesota and elsewhere, the defendant,

**TERRY LOUIS LEMKE,**

knowingly and intentionally devised and executed a scheme to defraud and to obtain money from innocent third-party homeowners by means of false and fraudulent pretenses, representations, and promises, namely, by representing that the homeowners' funds were being secured for real estate transactions in an escrow account controlled by defendant, when in fact defendant was diverting the escrowed funds for his own personal benefit.

2. On or about June 23, 2006, the defendant, for the purpose of executing and attempting to execute the scheme and artifice to defraud, did knowingly cause to be transmitted in interstate commerce, by means of wire communication, certain signals and sounds, namely, a wire transfer of funds in the amount of

SCANNED
AUG 0 4 2009
U.S. DISTRICT COURT MPLS

FILED  AUG  3 2009
RICHARD D. SLETTEN
JUDGMENT ENTD _____
DEPUTY CLERK _____

$193,226.76 from Lehman Brothers Bank in Colorado to an All Metro Title escrow account held at Bridgewater Bank in Minnesota.

3. All in violation of Title 18, United States Code, Section 1343.

## COUNT 2
(Money Laundering)

4. The United States realleges and incorporates paragraphs 1 through 3 as if set forth in full herein.

5. On or about June 23, 2006, in the State and District of Minnesota, the defendant,

**TERRY LOUIS LEMKE,**

did knowingly engage in a monetary transaction by and through a financial institution, affecting interstate commerce in criminally-derived property of a value greater than $10,000, to-wit: paying American Express via check in the amount of $20,746.18, by and through Bridgewater Bank, a financial institution holding an escrow account of All Metro Title, such property having been derived from specified unlawful activity, that is wire fraud (Title 18, United States Code, Section 1343) as alleged in Count 1 above.

6. All in violation of Title 18, United States Code, Section 1957.

Dated: August 3, 2009

Respectfully submitted,
FRANK J. MAGILL, JR.
United States Attorney

BY: David M. Genrich
Assistant U.S. Attorney
Attorney ID No. 0281311