UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-210 (RHK)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TERRY LOUIS LEMKE, | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court on the government's motion to seal. NOW, THEREFORE, IT IS HEREBY ORDERED that the government's motion is granted.

Dated: March 1, 2010

S/Richard H. Kyle
THE HONORABLE RICHARD H. KYLE
United States District Judge
District of Minnesota